IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL PATTERSON,<br>     Plaintiff<br><br>vs.<br><br>THOMAS JACKSON; MAJOR BURNS;<br>DAVE DAY; LOUIS FILINO,<br>     Defendants | **2:05cv924**<br>**Electronic Filing**<br>Judge David Stewart Cercone/<br>Magistrate Judge Amy Reynolds Hay |

### MEMORANDUM ORDER

AND NOW, this 10th day of February, 2006, after the plaintiff, Michael Patterson, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

  IT IS ORDERED that the Complaint is dismissed for failure to prosecute;

  IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

             _/s/ DSCercone_
             DAVID STEWART CERCONE
             United States District Judge

cc: Honorable Amy Reynolds Hay
   United States Magistrate Judge

   Michael Patterson
   EP-2429
   SCI Greene
   175 Progress Drive
   Waynesburg, PA 15370